1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, CA  94108
   E-mail: ron.richman@bullivant.com
4  E-mail: susan.olson@bullivant.com
   Telephone:    (415) 352-2700
5  Facsimile:    (415) 352-2701

6

   Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  BOARD OF TRUSTEES OF THE                Case No.: C 07-05106 CW
    LABORERS HEALTH AND WELFARE
13  TRUST FUND FOR NORTHERN
    CALIFORNIA; BOARD OF TRUSTEES OF
14  THE LABORERS VACATION-HOLIDAY           PLAINTIFFS' STATEMENT IN LIEU OF
    TRUST FUND FOR NORTHERN                 CASE MANAGEMENT CONFERENCE;
15  CALIFORNIA; BOARD OF TRUSTEES OF        PROPOSED ORDER
    THE LABORERS PENSION TRUST FUND
16  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE                Date:       January 8, 2008
17  LABORERS TRAINING AND RETRAINING        Time:       2:00 p.m.
    TRUST FUND FOR NORTHERN                 Ctrm:       2, 17th Floor
18  CALIFORNIA,                                         Hon. Claudia Wilkin

19                    Plaintiffs,

20          vs.

21  SUBSURFACE ENVIRONMENTAL CORP.,
    a California corporation, and ROXANNE
22  HARRIS, an individual,

23                    Defendants.

24

25          Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

26          On October 4, 2007 Plaintiffs filed their Complaint For Damages for Breach of

27  Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to

28  recover outstanding trust fund contributions on behalf of Defendants' covered employees.

1    The Complaint was served on Defendants on October 8, 2007. Defendants' Answer was

2  due on October 29, 2007. Prior to October 29, counsel for Defendants contacted Ronald L.

3  Richman, counsel for Plaintiffs, and requested a meet and confer in order to resolve the case.

4  The amount in dispute is approximately $14,380.94.

5    Plaintiffs and Defendants are working together to resolve the dispute prior to expending

6  additional time and resources. A meeting will be held between Plaintiffs and Defendants within

7  the next 30 days to attempt to resolve the pending dispute.

8    Based on the above, Plaintiffs respectfully request that the Case Management

9  Conference be continued for sixty days to give the parties time to attempt to resolve the dispute.

10 Within 60 days, either the parties will resolve the dispute and the case will be settled, or

11 Plaintiffs will proceed with the litigation.

12 DATED:  December 28, 2007

13

14                                              BULLIVANT HOUSER BAILEY PC

15

16                                              By: _____/s/_____
                                                    Ronald L. Richman

17                                              Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

1

## CASE MANAGEMENT ORDER

2

3        The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

4    Statement and good cause appearing therefore:

5        IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

6    for January 8, 2007 at 2:00 p.m. be continued to _____, 2008 at 2:00 p.m.,

7    Courtroom 2, 17th floor, San Francisco, California.

8    DATED:  December ____, 2007

9

10                                          By _____
                                               HON. CLAUDIA WILKIN
11                                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6091181.1

-3-

PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER