Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA  94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone:	(415) 352-2700
Facsimile:	(415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SUBSURFACE ENVIRONMENTAL CORP., a California corporation, and ROXANNE HARRIS, an individual,<br><br>            Defendants. | Case No.: C 07-05106 CW<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date:	January 8, 2008<br>Time:	2:00 p.m.<br>Ctrm:	2, 17th Floor<br>        Hon. Claudia Wilkin |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On October 4, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

1  The Complaint was served on Defendants on October 8, 2007. Defendants' Answer was due on October 29, 2007. Prior to October 29, counsel for Defendants contacted Ronald L. Richman, counsel for Plaintiffs, and requested a meet and confer in order to resolve the case. The amount in dispute is approximately $14,380.94.

Plaintiffs and Defendants are working together to resolve the dispute prior to expending additional time and resources. A meeting will be held between Plaintiffs and Defendants within the next 30 days to attempt to resolve the pending dispute.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for sixty days to give the parties time to attempt to resolve the dispute. Within 60 days, either the parties will resolve the dispute and the case will be settled, or Plaintiffs will proceed with the litigation.

DATED: December 28, 2007

BULLIVANT HOUSER BAILEY PC

By: _____/s/_____
         Ronald L. Richman

Attorneys for Plaintiffs

1  **CASE MANAGEMENT ORDER**

3    The Court having read Plaintiffs' Statement in Lieu of Case Management Conference
4 Statement and good cause appearing therefore:
5    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled
6 for January 8, 2007 at 2:00 p.m. be continued to **March 11, 2008 at 2:00 p.m.,** Courtroom 2,
7 17th floor, San Francisco, California.
8 DATED:  1/3/08

10                By    _____
                         HON. CLAUDIA WILKEN
11                       UNITED STATES DISTRICT JUDGE