Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone:   (415) 352-2700
Facsimile:   (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBSURFACE ENVIRONMENTAL CORP., a California corporation, and ROXANNE HARRIS, an individual,<br><br>Defendants. | Case No.: C 07-05106 CW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:   March 11, 2008<br>Time:   2:00 p.m.<br>Ctrm:   2, 17th Floor<br>            Hon. Claudia Wilkin |

Plaintiffs offer this Statement in Lieu of the Case Management Conference Statement.

On October 4, 2007 Plaintiffs filed their Complaint For Damages for Breach of Collective Bargaining Agreement and For A Mandatory Injunction ("Complaint") seeking to recover outstanding trust fund contributions on behalf of Defendants' covered employees.

-1-
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE; PROPOSED ORDER

1  The Complaint was served on Defendants on October 8, 2007. Defendants' Answer was due on October 29, 2007. Prior to October 29, counsel for Defendants contacted Ronald L. Richman, counsel for Plaintiffs, and requested a meet and confer in order to resolve the case. The amount in dispute is approximately $14,380.94.

Plaintiffs and Defendants continue to work together to resolve the dispute prior to expending additional time and resources. On Monday, March 4, 2008, Defendants will be providing Plaintiffs Trust Funds with additional documentation related to the dispute. Once this additional documentation is reviewed, a further meeting will likely take place unless the parties are able to resolve the dispute with the additional information being provided on March 4.

Based on the above, Plaintiffs respectfully request that the Case Management Conference be continued for thirty days to give the parties additional time to attempt to resolve the dispute.

DATED: February 27, 2008

BULLIVANT HOUSER BAILEY PC

By: _____/s/_____
       Ronald L. Richman

Attorneys for Plaintiffs

1 **CASE MANAGEMENT ORDER**

2

3      The Court having read Plaintiffs' Statement in Lieu of Case Management Conference

4 Statement and good cause appearing therefor:

5      IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

6 for March 11, 2008 at 2:00 p.m. be continued to **April 15, 2008 at 2:00 p.m., Courtroom 2,**

7 **4th Floor, 1301 Clay Street, Oakland, CA.**

8           *3/3/*

9 DATED: _____, 2008

10

11                         By _____
                              HON. CLAUDIA WILKEN
12                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28