1   Ronald L. Richman, SBN 139189
    E-mail: ron.richman@bullivant.com
2   Susan J. Olson, SBN 152467
    E-mail: susan.olson@bullivant.com
3   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
4   San Francisco, California  94108
    Telephone: 415.352.2700
5   Facsimile: 415.352.2701

6   Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION
10

11  BOARD OF TRUSTEES OF THE                Case No.: C 07-05106 CW
    LABORERS HEALTH AND WELFARE
12  TRUST FUND FOR NORTHERN                 **NOTICE OF SETTLEMENT; ORDER**
    CALIFORNIA; BOARD OF TRUSTEES OF        **THEREON**
13  THE LABORERS VACATION-HOLIDAY
    TRUST FUND FOR NORTHERN
14  CALIFORNIA; BOARD OF TRUSTEES OF        Date:      April 15, 2008
    THE LABORERS PENSION TRUST FUND         Time:      2:00 p.m.
15  FOR NORTHERN CALIFORNIA; and            Ctrm:      2, 17th Floor
    BOARD OF TRUSTEES OF THE                           Hon. Claudia Wilkin
16  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
17  CALIFORNIA,

18                  Plaintiffs,

19          vs.

20  SUBSURFACE ENVIRONMENTAL CORP.,
    a California corporation, and ROXANNE
21  HARRIS, an individual,

22                  Defendants.

23

24          Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern

25  California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern

26  California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and

27  Board of Trustees of the Laborers  Training and Retraining Trust Fund for Northern California,

28  on the one hand, through counsel, and Defendants Subsurface Environmental Corp., a California

                                          – 1 –
    NOTICE OF SETTLEMENT; ORDER THEREON

1    corporation, and Roxanne Harris, an individual, on the other hand, have entered into a

2    settlement of this action. It is anticipated that the settlement will be finalized and that a

3    Dismissal will be filed in this case within the next 30 days.

4         Based on the above, Plaintiffs respectfully request that this Court continue the Case

5    Management Conference for 30 days.

6    DATED:  April 3, 2008

7                                        BULLIVANT HOUSER BAILEY PC

8

9                                        By _____/s/_____
                                            Ronald L. Richman
10

11                                       Attorneys for Plaintiffs

12
                                **CASE MANAGEMENT ORDER**
13
          The Court having read Plaintiffs' Notice of Settlement and good cause appearing
14
     therefore:
15
          IT IS HEREBY ORDERED that the Case Management Conference currently scheduled
16
     for April 15, 2008 at 2:00 p.m. be continued to June 10, 2008 at 2:00 p.m., Courtroom 2, 17th
17
     floor, San Francisco, California.
18
     DATED:  April 7, 2008
19

20                                       By _____
21                                          HON. CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE
22

23

24   10490348.1

25

26

27

28

NOTICE OF SETTLEMENT; ORDER THEREON