Ronald L. Richman, SBN 139189
E-mail: ron.richman@bullivant.com
Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>SUBSURFACE ENVIRONMENTAL CORP., a California corporation, and ROXANNE HARRIS, an individual,<br><br>Defendants. | Case No.: C 07-05106 CW<br><br>**NOTICE OF SETTLEMENT; ORDER THEREON**   AMENDED<br><br>Date: April 15, 2008<br>Time: 2:00 p.m.<br>Ctrm: 2, 17th Floor<br>Hon. Claudia Wilkin |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern

California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern

California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and

Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California,

on the one hand, through counsel, and Defendants Subsurface Environmental Corp., a California

– 1 –
NOTICE OF SETTLEMENT; ORDER THEREON

1  corporation, and Roxanne Harris, an individual, on the other hand, have entered into a
2  settlement of this action. It is anticipated that the settlement will be finalized and that a
3  Dismissal will be filed in this case within the next 30 days.
4     Based on the above, Plaintiffs respectfully request that this Court continue the Case
5  Management Conference for 30 days.
6  DATED: April 3, 2008

                                         BULLIVANT HOUSER BAILEY PC


                                         By  _____/s/_____
                                             Ronald L. Richman

                                         Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

The Court having read Plaintiffs' Notice of Settlement and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for April 15, 2008 at 2:00 p.m. be continued to June 10, 2008 at 2:00 p.m., Courtroom 2, ~~17th floor, San Francisco, California.~~   1301 Clay Street, Oakland, CA

DATED: April 7, 2008

                                         By  _Claudia Wilken_____
                                             HON. CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE

10490348.1