1  Ronald L. Richman, SBN 139189
   E-mail: ron.richman@bullivant.com
2  Susan J. Olson, SBN 152467
   E-mail: susan.olson@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> SUBSURFACE ENVIRONMENTAL CORP., a California corporation, and ROXANNE HARRIS, an individual, <br><br> Defendants. | Case No.: C 07-05106 CW <br><br> **STIPULATION TO DISMISS ACTION, WITH PREJUDICE; ORDER THEREON** |
|---|---|

– 1 –
STIPULATION TO DISMISS ACTION, WITH PREJUDICE; ORDER THEREON

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, on the one hand, through counsel, and Defendants Subsurface Environmental Corp., a California corporation, and Roxanne Harris, an individual, that this action be dismissed, with prejudice, against all defendants, each side to bear its own attorneys' fees and costs.

DATED: March 31, 2008

BULLIVANT HOUSER BAILEY PC

By: /s/ Ronald L. Richman
Ronald L. Richman

Attorneys for Plaintiffs

DATED: April 11, 2008

Subsurface Environmental Corp., a California Corporation

By: _____

Its: PRESIDENT

DATED: April 11, 2008

By: _____
Roxanne Harris

—2—

STIPULATION TO DISMISS ACTION, WITH PREJUDICE; ORDER THEREON

**ORDER**

The parties having so Stipulated and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all defendants, each party to bear its own attorneys' fees and costs.

Dated: ~~April~~ 5/1, 2008

*/s/ Claudia Wilkin*

Hon. Claudia Wilkin
United States District Judge

10487812.1